### Ralph MURRAY
#### v.
### STATE.
#### No. 27752.

Court of Criminal Appeals of Texas.

Oct. 5, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, two years in the penitentiary.

Accompanying the record is the personal affidavit of appellant requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.

### Ralph MURRAY
#### v.
### STATE.
#### No. 27753.

Court of Criminal Appeals of Texas.

Oct. 5, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is burglary; the punishment, seven years in the penitentiary.

Accompanying the record is the personal affidavit of appellant requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.

### NATIONAL SURETY CORPORATION, Appellant,
#### v.
### Ernest DABNEY, Appellee.
#### No. 3282.

Court of Civil Appeals of Texas.

Waco.

Sept. 15, 1955.

